# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
ESMERALDA,
Respondent.

No. 71542



**FILED**

DEC 16 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus seeking an order directing the district court to reverse and vacate its decision to deny a petition for a writ of mandamus filed in the district court. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner has an adequate legal remedy by way of an appeal from an order denying a petition for a writ of mandamus. *See* NRS 34.170; see also NRS 2.090(2).[1] Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]We express no opinion as to whether petitioner could meet the time requirements for filing a notice of appeal.

[2]We deny as moot petitioner's motion to waive the filing fee.

16-39117

cc: Fifth Judicial District Court
Justin Chanse Rider
Attorney General/Carson City
Esmeralda County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A